TIMOTHY J. YOO (State Bar 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Alberta P. Stahl
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>DONALD HARRY BARILARI,<br><br>Debtor. | Case No. 2:11-bk-50131-RK<br><br>Chapter 7<br><br>**CHAPTER 7 CASE STATUS REPORT**<br><br>[No Hearing Required] |

**TO ALL INTERESTED PARTIES**:

Alberta P. Stahl, the Chapter 7 Trustee (the "Trustee") for the estate of Donald Harry Barilari (the "Debtor"), hereby submits this Report to inform the Court and all interested parties of the status of the administration of the case.

The Debtor initiated this case by filing a Voluntary Petition on September 23, 2011. Through a tip from a creditor, a potentially valuable but undisclosed asset of the Debtor was discovered (*i.e.*, his beneficial interest in a trust created by his now-deceased father). Certain dispute had arisen between the Debtor and the trustee of that trust, causing the litigation pending in the Los Angeles Superior Court as Case No. GP015711 (the "Lawsuit").

1

The Trustee successfully intervened in the Lawsuit, alleging that she is the true party in interest. Since that time, the parties to the Lawsuit engaged in settlement negotiations by which the sum of $75,000 will be paid to the estate, subject to the Debtor's rights. The parties are in the process of documenting the settlement. Once executed, the settlement agreement will be presented to this Court for approval under Rule 9019 of the Federal Rules of Bankruptcy Procedure.

Dated:  December 3, 2014                LEVENE, NEALE, BENDER, YOO &
                                        BRILL L.L.P.


                                        By:  */s/ Timothy J. Yoo*  
                                            TIMOTHY J. YOO
                                            Attorneys for Alberta P. Stahl
                                            Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 CASE STATUS REPORT,** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **_December 4, 2014_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Patrick K Bruso on behalf of Interested Party Courtesy NEF
pbruso@hartkinglaw.com

Sheri Kanesaka on behalf of Interested Party Courtesy NEF
generalmail@alvaradoca.com

Carmela Pagay on behalf of Trustee Alberta P Stahl (TR)
ctp@lnbrb.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Alberta P Stahl (TR)
trusteestahl@earthlink.net, astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **_December 4, 2014_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**

Hon. Robert N. Kwan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

Debtor
Donald Harry Barilari
716 Valley View
Monrovia, CA 91016

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_December 4, 2014,_** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2014 | Marla L. Fuentes | /s/ Marla L. Fuentes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**