TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Alberta P. Stahl
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DONALD HARRY BARILARI,<br><br>Debtor. | Case No. 2:11-bk-50131-RK<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S CHAPTER 7 TRUSTEE'S MOTION TO LEAVE CERTAIN ASSET OF THE ESTATE UNADMINISTERED**<br><br>[No Hearing Required] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Alberta P. Stahl, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Donald Harry Barilari (the "Debtor"), has filed a motion for an order pursuant to 11 U.S.C. §§ 350(a), 554(c) and 105(a), authorizing the Trustee to close this bankruptcy case and leaving unadministered a certain asset of the estate. The subject asset consists of the estate's interest in the litigation pending in the Los Angeles Superior Court as Case No. GP015711 (the "Claim").

1   The Supreme Court of California is currently reviewing an appeal of an unrelated adversary action (Adversary Case 6:09-ap-01205, *Carmack, et al. v. Reynolds, et al.*) that would resolve the main issue of the Claim (*i.e.*, whether the bankruptcy trustee may attach the corpus of a spendthrift trust).  Rather than keeping this case open and dormant for an unknown duration of time pending conclusion of that appeal, the Trustee believes it is in the best interest of the estate and its creditors that the Trustee be authorized to close this case with the Claim left unadministered and deemed not abandoned upon case closure.  The Claim is the only asset of the estate and allowing closure of the case and leaving the asset unadministered will allow the Court to close this "aged" case.  If the result of the appeal is favorable to the Trustee, she can reopen the case to administer such additional funds received.

  The Motion is brought in accordance with 11 U.S.C. §§ 350(a), 554(c) and 105(a), and is made on the grounds that it is presently uncertain if and when a distribution will be made on the Claim, there are no other assets to administer in the estate, and closure would not prejudice the estate's creditors since, in the event that the appeal is favorable to the Trustee, she will seek to reopen this case for such purpose for the benefit of creditors.

  This Notice is qualified in its entirety by reference to the Motion, which is on file with the Clerk of the Bankruptcy Court.  Creditors and parties-in-interest who desire further information are encouraged to review the Motion in its entirety.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(o)(1), any party that wishes to oppose the relief requested in the Motion must file with the Clerk of the Bankruptcy Court and serve upon the Office of the United States Trustee, the Trustee, and the Trustee's counsel, a written response and request for a hearing within 14 days after the date of service of the Notice of Motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D), (E), or (F).

///

///

///

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion.

DATED: April 28, 2016

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:     */s/ Timothy J. Yoo*
    TIMOTHY J. YOO
    CARMELA T. PAGAY
    Attorneys for Alberta P. Stahl
    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S CHAPTER 7 TRUSTEE'S MOTION TO LEAVE CERTAIN ASSET OF THE ESTATE UNADMINISTERED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***April 28, 2016***, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Patrick K Bruso    bruso005@umn.edu
- Sheri Kanesaka    generalmail@alvaradoca.com, heather.kane@piblaw.com
- Carmela Pagay    ctp@lnbrb.com
- Joseph M Raymond    MBX_ILMS_Bankruptcy@MCMCG.com
- Ramesh Singh    claims@recoverycorp.com
- Alberta P Stahl (TR)    trusteestahl@earthlink.net, astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Timothy J Yoo    tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 28, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, Pro Se
Donald Harry Barilari
716 Valley View
Monrovia, CA 91016

**[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]**    ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2016    Megan Wertz | /s/ Megan Wertz |
|---|---|
| *Date*    *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing         Midland Credit Management, Inc.         United States Trustee (LA)
0973-2                                  8875 Aero Drive, Suite 200              915 Wilshire Blvd, Suite 1850
Case 2:11-bk-50131-RK                   San Diego, CA 92123-2255                Los Angeles, CA 90017-3560
Central District of California
Los Angeles
Thu Apr 28 13:03:39 PDT 2016

Los Angeles Division                    APPLIED BANK                            CAPITAL ONE BANK
255 East Temple Street                  PO BOX 17125                            PO BOX 71083
Los Angeles, CA 90012-3332              WILMINGTON DE  19850-7125               CHARLOTTE NC  28272-1083


CHAMPION BROADBAND                      Capital One Bank (USA), N.A. by American Inf   Capital Recovery IV LLC
DEPT 2098                               PO Box 71083                            c/o Recovery Management Systems Corp
LOS ANGELES CA  90084-2098              Charlotte, NC  28272-1083               25 SE 2nd Avenue Suite 1120
                                                                                Miami FL 33131-1605


Employment Development Department       FRANCHISE TAX BOARD                     Franchise Tax Board
Bankruptcy Group MIC 92E, PO BOX 826880 BANKRUPTCY SECTION MS A340              PO Box 2952
Sacramento, CA 95814                    PO BOX 2952                             Sacramento CA 95812-2952
                                        SACRAMENTO CA 95812-2952


HOME DEPOT CREDIT SERVICES              HSBC CARD SERVICE                       (p)INTERNAL REVENUE SERVICE
PO BOX 989100                           PO BOX 80084                            CENTRALIZED INSOLVENCY OPERATIONS
DES MOINES IO  50368-9100               SALINAS CA  93912-0084                  PO BOX 7346
                                                                                PHILADELPHIA PA 19101-7346


JP MORGAN CHASE                         JP MORGAN CHASE BANK                    JP MORGAN CHASE BANK
11200 W PARKLAND AVE                    400 N BRAND BLVD STE 120                PO BOX 44090
PO BOX 3139                             GLENDALE CA 91203-2351                  JACKSONVILLE FL 32231-4090
MILWAUKEE WI 53201-3139


MERRICK BANK                            MIDLAND CREDIT MANAGEMENT INC           Midland Credit Management, Inc. as agent for
PO BOX 9201                             2365 NORTHSIDE DR STE 300               Midland Funding, LLC
OLD BETHPAGE NY 11804-9001              SAN DIEGO CA 92108-2709                 PO Box 2011
                                                                                Warren, MI 48090-2011


Midland Funding LLC                     Recovery Management Systems Corporation STEVEN SHOTROSKY
By its authorized agent Recoser, LLC    25 S.E. 2nd Avenue, Suite 1120          138 POPPY AVE
25 SE 2nd Ave, Suite 1120               Miami, FL 33131-1605                    MONROVIA CA 91016-2424
Miami, FL 33131-1605


Steve Shotrosky                         VALERO                                  WASHINGTON MUTUAL BANK
138 Poppy Street                        PO BOX 631                              PO BOX 66059
Monrovia, California 91016-2424         AMARILLO TX  79105-0631                 DALLAS TX  75266-0509


Alberta P Stahl (TR)                    Donald Harry Barilari
Law Offices of Alberta P Stahl          116 Valley View
633 W Fifth Street Suite 2800           Monrovia CA 91016-2417
Los Angeles CA 90071-2074
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CINCINNATI OH  45999-0149 | (d)IRS<br>PO BOX 480<br>HOLTSVILLE NY 11742-0480 | (d)IRS<br>PO Box 480<br>Holtsville NY 11742-0480 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     2<br>Total                  30 |