TIMOTHY J. YOO (SBN 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (SBN 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Alberta P. Stahl
Chapter 7 Trustee

FILED & ENTERED

MAY 20 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DONALD HARRY BARILARI,<br><br>Debtor. | Case No. 2:11-bk-50131-RK<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO LEAVE CERTAIN ASSET OF THE ESTATE UNADMINISTERED**<br><br>[No Hearing Required] |

The Court, having considered the "Chapter 7 Trustee's Motion to Leave Certain Asset of the Estate Unadministered" (the "Motion") filed by Alberta P. Stahl, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Donald Harry Barilari, pursuant to Local Bankruptcy Rule 9013-1(o)(1), the memorandum of points and authorities and declaration filed therewith [Doc 51], and the declaration of the Trustee's counsel certifying that no party filed a timely response and request for hearing concerning the Motion, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

//

1

1     2.    The Trustee is authorized to close this bankruptcy case, leaving the estate's interest in the litigation pending in the Los Angeles Superior Court as Case No. GP015711 (the "Claim") unadministered, to be administered later; and

    3.    The Claim is not deemed abandoned upon the closure of this case.

IT IS SO ORDERED.

###

Date: May 20, 2016

_____
Robert Kwan
United States Bankruptcy Judge

2